Phil W. Foster, appellant, v. Ward Perry et al., appellees. Gen. No. 33,866.

Opinion filed January 27, 1930.

J. E. Beach and Wheaton Augur, for appellant. Campbell & Fischer, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Peter Siwinski et al., appellants, v. George Staszak, appellee. Gen. No. 33,884.

Opinion filed January 27, 1930.

Crahen, Sullivan, O'Toole & Sullivan, for appellants; John F. O'Toole and Wm. G. Worthey, of counsel. Leesman, Roemer & Schnell, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

John E. Knechtel, defendant in error, v. Charles H. Shapiro et al., defendants, plaintiffs in error. Curtis J. Hooper, plaintiff in error. Gen. No. 33,544.

Opinion filed January 27, 1930.

Curtis J. Hooper, *pro se.* Harold O. Mulks, for certain plaintiff in error. Rosenberg, Braude & Zimmerman, for defendant in error; Irving S. Berman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

F. J. Williams et al., plaintiffs in error, v. Joseph E. Daily et al., defendants in error. Gen. No. 33,601.

Opinion filed January 27, 1930.

Clark & Clark, for plaintiffs in error; Russell S. Clark, of counsel. Cooke, Sullivan & Ricks, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.